# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Deyoung,<br><br>     Plaintiff,<br><br>v.<br><br>Magnus Title Agency LLC, et al.,<br><br>     Defendants. | NO. CV-23-00394-PHX-SMM<br><br>**AMENDED JUDGMENT**<br>**IN A CIVIL CASE** |

Pursuant to Plaintiff having accepted Defendants' offer of judgment, judgment is hereby entered against Defendant Magnus Title Agency, LLC in the amount of $5,000 and Defendant Magnus Title Agency, LLC is hereby terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

July 11, 2023

By   s/ K. James
     Deputy Clerk