AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Heather Deyoung | ) |
| v. | ) Case No.: 2:23-cv-00394-SMM |
| Magnus Title Agency, LLC et al. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against __Defendants__,
                                                              *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 402.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 488.75 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 460.00 |
| TOTAL | $ $1,350.75 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: __Jason Barrat__

Name of Attorney: __Jason Barrat__

For: __Heather Deyoung__                                         Date: __07/05/2023__
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
*Clerk of Court*                    *Deputy Clerk*                    *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Ashley Peschke |
| **Subject:** | Pay.gov Payment Confirmation: ARIZONA DISTRICT COURT |
| **Date:** | Tuesday, March 7, 2023 10:39:00 AM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Help Desk at 602-322-7200.

   Account Number: 4749705
   Court: ARIZONA DISTRICT COURT
   Amount: $402.00
   Tracking Id: AAZDC-21670847
   Approval Code: 05616G
   Card Number: ************1763
   Date/Time: 03/07/2023 12:38:53 ET

NOTE: This is an automated message. Please do not reply

LegalServe
1040 W. Juanita Avenue
Gilbert, AZ  85233 US
mark@thelegalserve.com

# INVOICE

**BILL TO**
Ashley Peschke
Weiler Law PLLC
5050 North 40th Street, Suite 260
Phoenix, AZ  85018

**INVOICE #** 2026
**DATE** 03/09/2023
**DUE DATE** 03/19/2023
**TERMS** Net 10

| ACTIVITY | AMOUNT |
|---|---|
| **Process Service**<br>Serve: Summons; Civil Cover Sheet; Verified Complaint; Notice, Consent, and Order of reference- Exercise of Jurisdiction by a United States Magistrate Judge Form upon Magnus Title Agency, LLC and Cobra Collier. | 64.00 |
| **Process Service:Mileage**<br>14500 N Northsight Blvd, Suite 101, Scottsdale, AZ 85260 (Hymson Goldstein Pantilliat & Lohr, PLLC) | 67.20 |
| **Process Service:Mileage**<br>3200 North Central Avenue, Suite 950, Phoenix, AZ, 85012 (Usual place of business- Service attempt at Invalid address. Cobra is never in any of Magnus Title locations) | 32.00 |
| **Process Service:Affidavit Prep** | 20.00 |
| **Process Service:Print Documents**<br>26 total pages | 3.90 |

2:23-cv-00394-SMM- Heather Deyoungt v Magnus Title Agency, LLC and Cobra Collier.

**BALANCE DUE** $187.10

**THE ZOLDAN LAW GROUP PLLC**
5050 N 40TH ST. STE 260
PHOENIX, AZ 850182196

Date 3/10/23

Pay to the order of Legalserve   $187.10

one hundred eighty seven and 10/100 dollars

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

for Deyoung 2026

# Public Records Invoice



## Industrial Commission of Arizona
www.azica.gov
800 W. Washington St.
Phoenix, AZ 85007

**Customer:** Weiler Law - Jason Barrat
**Address 1:** 5050 North 40th Street, St
**Address 2:** Phoenix, AZ 85018
**Email:** jbarrat@weilerlaw.com
**Attn:** Jason Barrat

**Request Type:** Public Records
**Division:** Labor

**Invoice #:** 1463
**Date:** 5/16/2023

**Date Requested:** 05/09/2023

| Item | Description | Charge Per Unit | Quanity | Line Total |
|---|---|---|---|---|
| Clerical Hours | Clerical time (in hours) | $10.00 | 1 | $10.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | [1] |  |  |  |
| **Delivery Method** |  |  |  |  |
| Email | Records sent by email |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**ADDITIONAL NOTES**

WC-1617-0375 COLLIER CONSOLIDATED TITLE, LLC DBA MAGNUS TITLE AGENCY

**Total** $10.00

| **Contact Name:** | Melissa Spurgeon |
| **Phone Number:** | 602-542-5119 |
| **Email:** | Melissa.Spurgeon@azica.gov |

Please promptly pay online at https://azicagateway.az.gov/ or mail your payment to:

Industrial Commission of Arizona
ATTN: Accounting Division
800 W. Washington St.
Phoenix, AZ 85007

Please write your Invoice Number (above) on the front of all checks or Money Orders. **DO NOT MAIL CASH.**

[1] For Misc/Other - Manually Type Description, Charge Amount, and Quantity

# ARIZONA



# RECEIPT

Date: 05/16/2023

Order ID: 4744

Authorization #: 4755154

Please reference these numbers in any correspondence regarding your transaction

## Billing Information

Jason Barrat

5050 N. 40th St., Suite 260

Phoenix AZ 85259

Phone #: 480-442-3410

Email: apeschke@weilerlaw.com

## Account Information

Payment Method: Master Card

XXXXXXXXXXXX0623 04/2027

| Product ID | Item Description | Amount | Quantity | Gross |
|---|---|---|---|---|
| ICMINWPE | Minimum Wage-Civil Pnlty | $10.00 | 1 | $10.00 |
| | | | TOTAL | $10.00 |

Notes:

Industrial Commission of AZ: Please contact us at ICApaymentportal@azica.gov if you have any questions regarding this payment. Please include your authorization number on all correspondence.



| Account Number: | N/A |
| --- | --- |
| Invoice Number: | WL-001 |

**Bill To:** Weiler Law PLLC
5050 N. 40th St Ste. 260
Phoenix, AZ 85018

**Remit To:**
Red Rock Telecommunications Inc.
3719 E La Salle St
Phoenix, AZ - 85040

| Billing Summary | |
| --- | --- |
| Previous Balance | |
| Payment / Adjustment Applied | |
| Balance Forward | |
| **Account Charges & Credits** | |
| Current Charges | $450.00 |
| Taxes | |
| Late fee | |
| Payment / Credits / Transfers | |
| **Current Amount Due** | |
| **Total Amount Due** | **$450.00** |

Payment is due upon receipt, please remit payment promptly. For questions, please call (602) 802-8450

---

## Payment Instructions

Please reference invoice number with your payment

**Bill To:** Weiler Law PLLC
5050 N. 40th St Ste. 260
Phoenix, AZ 85018

Account Number: N/A
Invoice Number: WL-001
Billing Date:

Current Charges: $ _450.00_
Total Due:

Amount Paid:

**Mail Checks made payable to:**
Red Rock Telecommunications Inc.
3719 E La Salle St
Phoenix, AZ - 85040



1

**Charge Details**

**THE ZOLDAN LAW GROUP PLLC**
5050 N 40TH ST. STE 260
PHOENIX, AZ 850182196

7134

date 6/8/23

Pay to the order of Red Rock Telecommunication    $ 450.00

four hundred fifty and 00/100 —————— dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

for DeYoung WL-001

LegalServe
1040 W. Juanita Avenue
Gilbert, AZ  85233 US
mark@thelegalserve.com

# INVOICE

**BILL TO**
Ashley Peschke
Weiler Law PLLC
5050 North 40th Street, Suite 260
Phoenix, AZ  85018

**INVOICE #** 2155
**DATE** 06/13/2023
**DUE DATE** 06/23/2023
**TERMS** Net 10

| ACTIVITY | AMOUNT |
|---|---|
| **Process Service**<br>Serve: Subpoena; Notice of Deposition and Witness Fee of  $14.40 upon Shawni Butler. | 32.00 |
| **Process Service:Mileage**<br>3920 S. Rural Rd., #101, Tempe, 85282<br>(Magnus Title) | 36.00 |
| **Process Service:Expedited Service**<br>(Next day attempt) | 35.00 |
| **Wait time**<br>(Waived as Professional courtesy) | 0.00 |
| **Process Service**<br>Serve: Subpoena; Notice of Deposition and Witness Fee of  $13.00 upon DiAnna Jackman and Melissa Humphrey. | 64.00 |
| **Process Service:Mileage**<br>2201 E. Camelback Road, Suite 123, Phoenix AZ 85016<br>(Magnus Title) | 32.00 |
| **Process Service:Affidavit Prep** | 30.00 |
| **Process Service:Print Documents**<br>15 total pages | 2.25 |
| **Advance of Witness Fee** | 40.40 |
| **Cost to Advance Fee** | 30.00 |

2:23-cv-00394-SMM- Heather Deyoungt v Magnus Title Agency, LLC and Cobra Collier.

**BALANCE DUE** $301.65

**THE ZOLDAN LAW GROUP PLLC**
5050 N 40TH ST. STE 260
PHOENIX, AZ 850182196

7138

date 6/14/23

Pay to the order of Legalserve     $ 301.65

three hundred one and 65/100   dollars

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

for Deyoung 2155