Dennis P. Brookshire (SBN 025950)
**HYMSON GOLDSTEIN PANTILIAT & LOHR, PLLC**
14500 N. Northsight Blvd., Suite 101
Scottsdale, Arizona 85260
Telephone:  480-991-9077
dbrookshire@hgplaw.com
E-mail:  MinuteGroup@legalcounselors.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIONA

| | |
|---|---|
| Heather Deyoung, an Arizona resident<br><br>Plaintiff,<br><br>vs.<br><br>Magnus Title Agency, LLC, an Arizona limited liability company; and Cobra Collier, an Arizona resident<br><br>Defendants. | Civil Action No.  CV-23-00394-PHX-SMM<br><br>**STATISFACTION OF JUDGMENT**<br><br>**(Assigned to the Hon. Stephen M. McNamee)** |

Plaintiff, by and through undersigned counsel, hereby acknowledges receipt and full satisfaction of the judgment including all costs and attorneys fees entered against Defendant Magnus Title Agency, LLC as set forth in Dkt. 34.

RESPECTFULLY SUBMITTED July 20, 2023.

**WEILER LAW PLLC**

By: /s/ Jason Barrat, with permission
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2023, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Richard Knaeble