Dennis P. Brookshire (SBN 025950)
**HYMSON GOLDSTEIN PANTILIAT & LOHR, PLLC**
14500 N. Northsight Blvd., Suite 101
Scottsdale, Arizona  85260
Telephone:  480-991-9077
dbrookshire@hgplaw.com
E-mail:  MinuteGroup@legalcounselors.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIONA

| | |
|---|---|
| Heather Deyoung, an Arizona resident<br><br>Plaintiff,<br><br>vs.<br><br>Magnus Title Agency, LLC, an Arizona limited liability company; and Cobra Collier, an Arizona resident<br><br>Defendants. | Civil Action No.  CV-23-00394-PHX-SMM<br><br>**STIPULATION OF DISMISSAL**<br><br>**(Assigned to the Hon. Stephen M. McNamee)** |

The parties hereby stipulate to the dismissal of Magnus Title Agency, LLC and Cobra Collier with prejudice and end this action. Each side shall bear their own fees and costs.

RESPECTFULLY SUBMITTED July 20, 2023.

**WEILER LAW PLLC**

By: /s/ Jason Barrat, with permission
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Attorneys for Plaintiff

**HYMSON GOLDSTEIN PANTILIAT & LOHR, PLLC**

By: /s/ Dennis P. Brookshire
14500 N. Northsight Blvd., Suite 101
Scottsdale, AZ 85260
Attorneys for Defendants

19667-21:PD 2686803v1

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Richard Knaeble

19667-21:PD 2686803v1