# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Heather Deyoung**, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**Magnus Title Agency, LLC**, an Arizona company; and **Cobra Collier,** an Arizona resident;<br><br>Defendants. | Case No. 2:23-CV-00394<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL** |

The Court, having reviewed the parties' Stipulation of Dismissal and good cause appearing,

**IT IS HEREBY ORDERED** that the Court dismisses this matter with prejudice. Each party is to bear their own attorneys' fees and costs.